Kam'

# United States District Court
## District of Maryland

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2006 MAY 16 P 4:49 CLERK'S OFFICE AT BALTIMORE BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD SCALLIO | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** with Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: CCB-98-0168<br>USM Number: UNKNOWN<br>Defendant's Attorney: GREGORY GILCHRIST, AFPD<br>Assistant U.S. Attorney: JONATHAN BIRAN |

**THE DEFENDANT:**

[X] admitted guilt to violation of __Additional Condition #1__ of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Additional Condition #1 | Failure to return to Volunteers of America | 3/24/2006 |

The defendant is adjudged guilty of the violation(s) listed above and sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 125 S. Ct. 738 (2005).

[X] **Supervised release is revoked.**
[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

MAY 16, 2006
Date of Imposition of Judgment

CATHERINE C. BLAKE    5/16/06
UNITED STATES DISTRICT JUDGE    Date

Name of Court Reporter: Gail Simpkins

U.S. DISTRICT COURT (Rev.11/99) Sheet 2 - Judgment in a Criminal Case for Revocations with Supervised Release    Judgment Page 2 of 2

**DEFENDANT:    DONALD SCALLIO**                **CASE NUMBER: CCB-98-0168**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __3__ months.

[X] The court makes the following recommendations to the Bureau of Prisons: that the defendant be given credit for time served since May 8, 2006.

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

   [ ] at _____ a.m./p.m. on _____.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

   [ ] before 2 p.m. on _____.

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146. If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147. For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148. Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY U.S. MARSHAL